PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>APPROXIMATELY $177,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $5,000.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $27,890.01 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER XXXXX, HELD IN THE NAME OF ANA RODRIGUEZ,<br><br>           Defendants. | CASE NO.  1:16-MC-00044-DAD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Ana Rodriguez ("Claimant" or "Rodriguez"), by and through their respective counsel, as follows:

1.   On or about May 20, 2016, claimant Rodriguez filed a claim in the administrative forfeiture proceedings with the United States Department of Homeland Security, Customs and Border Protection with respect to the Approximately $177,000.00 in U.S. Currency, Approximately $5,000.00 in U.S. Currency, and Approximately $27,890.01 Seized from Wells Fargo Bank Account Number XXXXX, Held in the Name of Ana Rodriguez (hereafter "Defendant Funds"), which were seized on

Stipulation and Order Extending Time for Filing a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture

1

May 20, 2015, and June 9, 2015.

2. The United States Department of Homeland Security, Customs and Border Protection has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the Defendant Funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the Defendant Funds and/or to obtain an indictment alleging that the Defendant Funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is August 17, 2016.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 15, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the Defendant Funds and/or to obtain an indictment alleging that the Defendant Funds are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Defendant Funds and/or to obtain an indictment alleging that the Defendant Funds are subject to forfeiture shall be extended to November 15, 2016.

Dated: August 11, 2016

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: August 11, 2016

 /s/ Nicco Capozzi
NICCO CAPOZZI
Attorney for Claimant Ana Rodriguez
(As approved by email on 08/11/2016)

STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

2

1  IT IS SO ORDERED.

2  Dated:   **August 12, 2016**                   _____
3                                                 UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

3